**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JOHN J. LYNCH, | : | No. 511 EAL 2017 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| ANDREW L. GITTELMACHER, | : | |
| STEWART SMITH AND PETER SMITH, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.